UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| Arthur Bomar, | : |
| | : |
| Appellant, | : |
| | : |
| v. | : |
| | : |
| Superintendent Greene SCI, et al., | : |
| | : |
| Appellee. | : |
| | : |

Docket Number
24-9001

### COUNSEL'S MOTION TO WITHDRAW

Undersigned attorney, Michael Wiseman, represented Appellant during a portion of the proceedings in the District Court while he was employed by the Federal Public Defender for the Eastern District of Pennsylvania (FPD). He left that employment in September 2011 and has not had any involvement with Mr. Bomar or his case, since that time.

On May 22, 2024 this Court appointed the FPD to represent Mr. Bomar in this capital habeas appeal. Presumably, as an artifact of his prior representation, counsel received e-notice of the FPD's appointment and other documents filed in this case.

In an abundance of caution and to avoid confusion, he moves to be removed as counsel in this capital appeal.

Respectfully Submitted,

/s/ Michael Wiseman

Michael Wiseman
Wiseman & Schwartz, LLP
718 Arch Street
Philadelphia, PA 19106
215-450-0903
wiseman@wisemanschwartz.com

## Certificate of Service

I, Michael Wiseman, hereby certify that on this 5th day of June 2024 I served a copy of the foregoing upon the following persons by filing the same with this Court electronic filing system:

Katherine E. Ensler
FPD

Arthur Bomar
Through FPD Counsel

Catherine B. Kiefer
Counsel for Appellee

/s/ Michael Wiseman

Michael Wiseman