# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| ARTHUR BOMAR, | |
| Appellant, | No. 24-9001 |
| v. | **CAPITAL CASE** |
| LAUREL HARRY, Secretary, Pennsylvania Department of Corrections; KEN HOLLIBAUGH, Superintendent of the State Correctional Institution at Somerset; and BOBBI JO SALAMON, Superintendent of the State Correctional Institution at Rockview, | |
| Appellees. | |

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE APPLICATION FOR CERTIFICATE OF APPEALABILITY

Appellant, Arthur Bomar, through undersigned counsel, respectfully requests that this Court grant him an additional 60-day extension of time in which to file his application for certificate of appealability (COA). In support thereof, Mr. Bomar states the following:

1. This is a capital habeas corpus proceeding. The district court denied Mr. Bomar's request for relief from his convictions and death sentence. The

district court also denied COA. *Bomar v. Wetzel*, No. CV 04-1730, 2024 WL 1543041 (E.D. Pa. Apr. 5, 2024).[1]

2. On April 28, 2023, Mr. Bomar filed a timely motion to alter or amend the judgment under Rule 59(e). On April 5, 2024, the district court denied the motion.

3. On May 3, 2024, Mr. Bomar filed a timely notice of appeal from the district court's denial of relief.

4. Currently, Mr. Bomar's application for COA is due on December 10, 2024, following three requests for extension of time.

5. Mr. Bomar respectfully requests an additional 60 days, until February 8, 2025, to file an application for COA. Undersigned counsel seeks the additional time not only because of the complexity of the issues in this death penalty case, but also because of competing obligations in other death penalty cases. In particular, undersigned counsel has an evidentiary hearing from December 4, 2024, to December 11, 2024 in Muskogee, Oklahoma (*USA v. Edward Fields*, No. 6:03-cr-00073-RAW (E.D. Okla.). This hearing is scheduled to continue in parts through January and has required an extensive amount of time for the preparation of a

---

[1] The district court issued this Corrected Memorandum to correct various citations to the record and other typographical errors in its original Memorandum of March 21, 2023.

number of witnesses. Going forward, undersigned counsel also has an evidentiary hearing the week of December 17, 2024, and in late January, in York, Pennsylvania (*Commonwealth v. Hector Morales*, No. CP-67-0007259-2009).

6. Under these circumstances, undersigned counsel cannot file a professionally appropriate application for COA by the current due date of December 10.

7. Counsel for the Commonwealth, Catherine Kiefer, Esq., has authorized undersigned counsel to represent that the Commonwealth has no objection to this request.

WHEREFORE, Mr. Bomar respectfully requests that this Court extend the time for filing an application for a certificate of appealability by sixty (60) days, i.e., until February 8, 2025.

                                              Respectfully submitted,

                                              /s/ Katherine Ensler
                                              KATHERINE ENSLER
                                              Federal Community Defender Office
                                               for the Eastern District of Pennsylvania
                                              601 Walnut Street, Suite 545 West
                                              Philadelphia, PA 19106
                                              (215) 928-0520
                                              katherine_ensler@fd.org

Date: December 5, 2024

**CERTIFICATE OF COMPLIANCE**

This motion contains 398 words, and thus complies with the word limitation of Fed. R. App P. 27(d)(2)(A). This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft Word 2016 in Times New Roman 14.

**CERTIFICATE OF SERVICE**

I, Katherine Ensler, hereby certify that on December 5, 2024, I caused a copy of the foregoing motion for extension of time to be filed and served electronically through ECF on:

> Catherine B. Kiefer, Esq.
> Deputy District Attorney
> Office of the Delaware County District Attorney
> Delaware County Courthouse
> 201 West Front Street
> Media, Pennsylvania 19063

/s/ Katherine Ensler
KATHERINE ENSLER