# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| ARTHUR BOMAR, | : | |
| | : | |
| Appellant, | : | No. 24-9001 |
| | : | |
| v. | : | **CAPITAL CASE** |
| | : | |
| LAUREL HARRY, Secretary, Pennsylvania Department of Corrections; KEN HOLLIBAUGH, Superintendent of the State Correctional Institution at Somerset; and BOBBI JO SALAMON, Superintendent of the State Correctional Institution at Rockview, | : | |
| | : | |
| Appellees. | : | |

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE APPLICATION FOR CERTIFICATE OF APPEALABILITY

Appellant, Arthur Bomar, through undersigned counsel, respectfully requests that this Court grant him an additional 60-day extension of time in which to file his application for certificate of appealability (COA). In support thereof, Mr. Bomar states the following:

1. This is a capital habeas corpus proceeding. The district court denied Mr. Bomar's request for relief from his convictions and death sentence. The

district court also denied COA. *Bomar v. Wetzel*, No. CV 04-1730, 2024 WL 1543041 (E.D. Pa. Apr. 5, 2024).[1]

2. On April 28, 2023, Mr. Bomar filed a timely motion to alter or amend the judgment under Rule 59(e). On April 5, 2024, the district court denied the motion.

3. On May 3, 2024, Mr. Bomar filed a timely notice of appeal from the district court's denial of relief.

4. Currently, Mr. Bomar's application for COA is due on February 10, 2025, following four requests for extension of time.

5. Mr. Bomar respectfully requests an additional 60 days, until April 11, 2025, to file an application for COA. Undersigned counsel has begun researching for the application, but because of the complexity of the issues in this death penalty case and because of competing obligations in other cases, counsel requires additional time to draft the application.

6. In particular, counsel's time has been significantly devoted to other time-sensitive capital representation, including in seeking and obtaining Presidential clemency on behalf of a federally death-sentenced client. Additionally,

---

[1] The district court issued this Corrected Memorandum to correct various citations to the record and other typographical errors in its original Memorandum of March 21, 2023.

undersigned counsel had another COA application due in this Court on January 31, 2025, *Housman v. Harry*, No. 24-2628, and has an evidentiary hearing the week of March 3, 2025, that requires a significant amount of preparation. *Commonwealth v. Hector Morales*, No. CP-67-0007259-2009. Counsel's substantial commitments in these and other cases necessitate this request for an extension of time.

7. Under these circumstances, undersigned counsel cannot file a professionally appropriate application for COA by the current due date of February 10.

8. Counsel for the Commonwealth, Catherine Kiefer, Esq., has authorized undersigned counsel to represent that the Commonwealth has no objection to this request.

WHEREFORE, Mr. Bomar respectfully requests that this Court extend the time for filing an application for a certificate of appealability by sixty (60) days, i.e., until April 11, 2025.

Respectfully submitted,

/s/ Katherine Ensler
KATHERINE ENSLER
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
katherine_ensler@fd.org

Date: February 3, 2025

## CERTIFICATE OF COMPLIANCE

This motion contains 369 words, and thus complies with the word limitation of Fed. R. App P. 27(d)(2)(A). This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft Word 2016 in Times New Roman 14.

## CERTIFICATE OF SERVICE

I, Katherine Ensler, hereby certify that on February 3, 2025, I caused a copy of the foregoing motion for extension of time to be filed and served electronically through ECF on:

>Catherine B. Kiefer, Esq.
>Deputy District Attorney
>Office of the Delaware County District Attorney
>Delaware County Courthouse
>201 West Front Street
>Media, Pennsylvania 19063

/s/ Katherine Ensler
KATHERINE ENSLER