# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| ARTHUR BOMAR, | : | |
| | : | |
| Appellant, | : | No. 24-9001 |
| | : | |
| v. | : | **CAPITAL CASE** |
| | : | |
| LAUREL HARRY, Secretary, Pennsylvania Department of Corrections; KEN HOLLIBAUGH, Superintendent of the State Correctional Institution at Somerset; and BOBBI JO SALAMON, Superintendent of the State Correctional Institution at Rockview, | : | |
| | : | |
| Appellees. | : | |

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE APPLICATION FOR CERTIFICATE OF APPEALABILITY

Appellant, Arthur Bomar, through undersigned counsel, respectfully requests that this Court grant him a fourteen-day extension of time in which to file his application for certificate of appealability (COA). In support thereof, Mr. Bomar states the following:

1. This is a capital habeas corpus proceeding. The district court denied Mr. Bomar's request for relief from his convictions and death sentence. The

district court also denied COA. *Bomar v. Wetzel*, No. CV 04-1730, 2024 WL 1543041 (E.D. Pa. Apr. 5, 2024).[1]

2. On April 28, 2023, Mr. Bomar filed a timely motion to alter or amend the judgment under Rule 59(e). On April 5, 2024, the district court denied the motion.

3. On May 3, 2024, Mr. Bomar filed a timely notice of appeal from the district court's denial of relief.

4. On June 5, 2025, this Court granted Mr. Bomar's unopposed request for an additional 30 days to file for a certificate of appealability. Mr. Bomar's Application for Certificate of Appealability is currently due July 10, 2025.

5. Mr. Bomar respectfully requests an additional 14 days, until July 24, 2025, to file an application for COA. Petitioner's counsel has been unable to finish the application due to obligations in other capital cases. Most recently, counsel filed a reply brief due June 20, 2025, in *Nolen v. Quick*, No. CIV-22-272-R (W.D. Okla.).

6. Petitioner's counsel has made significant progress in preparing the application, but requires additional time to finalize it and the accompanying

---

[1] The district court issued this Corrected Memorandum to correct various citations to the record and other typographical errors in its original Memorandum of March 21, 2023.

materials, and adequately communicate with Mr. Bomar about this complex pleading. Counsel is scheduled to meet with Mr. Bomar in person at SCI Somerset on July 11, 2025, to review the application.

7. Counsel for the Commonwealth, Catherine Kiefer, Esq., has authorized undersigned counsel to represent that the Commonwealth has no objection to this request.

WHEREFORE, Mr. Bomar respectfully requests that this Court extend the time for filing an application for a certificate of appealability by fourteen (14) days, i.e., until July 24, 2025.

Respectfully submitted,

/s/ Katherine Ensler
KATHERINE ENSLER
Federal Community Defender Office
  for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
katherine_ensler@fd.org

Dated: July 2, 2025

## CERTIFICATE OF COMPLIANCE

This motion contains 326 words, and thus complies with the word limitation of Fed. R. App P. 27(d)(2)(A). This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft Word 2016 in Times New Roman 14.

## CERTIFICATE OF SERVICE

I, Katherine Ensler, hereby certify that on July 2, 2025, I caused a copy of the foregoing motion for extension of time to be filed and served electronically through ECF on:

> Catherine B. Kiefer, Esq.
> Deputy District Attorney
> Office of the Delaware County District Attorney
> Delaware County Courthouse
> 201 West Front Street
> Media, Pennsylvania 19063

/s/ Katherine Ensler
KATHERINE ENSLER