UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **24-9001**

ARTHUR BOMAR,
Appellant

v.

SUPERINTENDENT GREENE SCI;
SUPERINTENDENT ROCKVIEW SCI;
SECRETARY PENNSYLVANIA DEPARTMENT OF CORRECTIONS

(E.D. Pa. No. 2:04-cv-01730)

Present: CHAGARES, Chief Judge, RESTREPO and AMBRO, Circuit Judges

Unopposed Motion by Appellant for Extension of Time to File Application for Certificate of Appealability until July 24, 2025

Respectfully,
Clerk/dwb

_____ORDER_____
The foregoing motion for extension of time is granted.

By the Court,

s/ L. Felipe Restrepo
Circuit Judge

Dated: July 11, 2025
nmb/cc:   Katherine E. Ensler, Esq.
          Catherine B. Kiefer, Esq.